PROB 35
(ND/AL Rev. 11/95)

**Report and Order Terminating Probation /Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA**

      v.         Crim. No. 2:00CR-00229-JHH

**NATHANIEL BOOKER, JR.**

      On April 12, 2001, the above named was placed on supervised release for a period of sixty (60) months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that Nathaniel Booker, Jr. be discharged from supervised release.

Respectfully submitted,

/s
Eric Pearson
U.S. Probation Officer
(205) 716-2940

## ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this   7th   day of   July   2009

Honorable James H. Hancock
Senior United States District Judge